UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND

CIVIL ACTION NO. 15-78-HRW

PAUL YATES,                                                                PLAINTIFF,

v.                               **ORDER**

EGS FINANCIAL CARE, INC.,
d/b/a NCO FINANCIAL SYSTEMS, INC.,                  DEFENDANT.

This matter is before the Court upon the parties' Stipulation to Dismiss [Docket No. 13].

Accordingly, **IT IS HEREBY ORDERED** that this matter be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of this Court.

This 19th day of April, 2016.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge

HENRY R. WILHOIT, JR., Senior Judge